UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
(ROCHESTER DIVISION)

| | |
|---|---|
| MEGAN HOLVE, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>– against –<br><br>MCCORMICK & COMPANY, INC.,<br><br>Defendant. | Civil Action No. 6:16-cv-06702-FPG-MWP |

**PLAINTIFF'S MOTION FOR PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES TO CLASS COUNSEL, AND PAYMENT OF <u>SERVICE AWARD TO THE CLASS REPRESENTATIVE</u>**

Plaintiff Megan Holve ("Plaintiff") respectfully moves this Court for an order granting payment of attorneys' fees and reimbursement of expenses to Class Counsel, and for a payment of a service award to the Class Representative.

In support of this Motion, Plaintiff relies on the attached Memorandum of Law, as well as the Joint Declaration of Class Counsel in Support of Motion for Final Approval of Class Action Settlement and Motion for Payment of Attorneys' Fees and Reimbursement of Expenses to Class Counsel, and Payment of Service Award to the Class Representative, and their supporting exhibits, all documents filed therewith, and the arguments of counsel.

2

Respectfully submitted on this 7th day of December 2021.

**REESE LLP**

By: *Michael R. Reese*
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Email: *mreese@reesellp.com*

**EGGNATZ PASCUCCI, P.A.**
Joshua H. Eggnatz
*JEggnatz@JusticeEarned.com*
7450 Griffin Road, Suite 230
Davie, Florida 33314
Telephone: (954) 889-3359
Facsimile: (954) 889-5913

*Court Appointed Class Counsel*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **December 7, 2021,** a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Michael R. Reese*
**REESE LLP**